# United States Bankruptcy Court
## Eastern District of Michigan

In re **Lynn Farrar**  
Debtor(s)

Case No. **14-53392-T**  
Chapter **7**

## STIPULATION ADJOURNING HEARING

This matter having come up for hearing scheduled for December 23, 2014, regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

☒ U.S. Trustee's motion to dismiss case  ☐ confirmation of a plan
☐ a motion to lift stay as creditor
☐ Other:

The parties having agreed to the terms herein, based on the records of the Court, the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

**IT IS HEREBY STIPULATED that:**

☒ The above referenced matter is adjourned to January 20, 2015 @ 9:00AM.

Approved per Local Rules (E.D.M.):

/s/ Leslie K. Berg
Leslie K. Berg
United States Trustee
211 West Fort Street
Suite 700
Detroit, MI 48226
(313) 226-7950
leslie.k.berg@usdoj.gov

Approved as to form and content:

/s/ William C. Babut
William C. Babut (P41099)
Attorney for Debtor
Babut Law Offices, PLLC
700 Towner
Ypsilanti, MI 48198
734-485-7000
pmontgomery@babutlaw.com

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Lynn Farrar**  Case No. **14-53392-M**
Debtor(s)  Chapter **7**

### ORDER ADJOURNING HEARING

This matter having come up for hearing on December 23, 2014, regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

☒ U.S. Trustee's motion to dismiss case  ☐ confirmation of a plan
☐ a motion to lift stay as creditor
☐ Other:

The parties having agreed to the terms herein, based on the records of the Court, the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

**IT IS HEREBY ORDERED that:**

☒ The above referenced matter is adjourned to January 20, 2015 @ 9:00AM.

IT IS ORDERED.

Exhibit A