**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN RE:

                        CHAPTER 13
Lynn Ann Farrar,                   CASE NO. 14-53392-MBM
             DEBTOR.     JUDGE MARCI B. MCIVOR
_____/

## TRUSTEE'S OBJECTION TO APPLICATION FOR APPROVAL OF ATTORNEY FEES AND COST AS A CHAPTER 13 ADMINISTRATIVE EXPENSE PURSUANT TO L.B.R.2016-1 (E.D.M.)

     **NOW COMES** the Chapter 13 Standing Trustee in this matter, David Wm. Ruskin, and objects to the Application for Approval of Attorney Fees and Cost as a Chapter 13 Administrative Expense pursuant to L.B.R.2016-1 (E.D.M.), and in support thereof states as follows:

     1.     Counsel's Fee Application seeks fees in the amount of $1,367.00 for the period of time from September 1, 2016, through March 26, 2019. While the overall amount requested does not appear to be unreasonable, the Trustee objects to Counsel waiting until after the Trustee issued a Notice of Completion of Plan Payments to file a Fee Application seeking fees that span a three year period of time. The Trustee does not have any funds on hand in which to pay the Fee Application and the granting of the fees may impede the debtor's "fresh start" if the fees were to survive the debtor's discharge. Accordingly, the Trustee requests that this Court review the fees requested to determine if the fees are compensable under 11 U.S.C. Section 330.

     **WHEREFORE**, the Chapter 13 Standing Trustee requests that this Honorable Court review the Application for Compensation filed by Counsel to determine reasonable compensation for services rendered in this case consistent with the requirements of 11 U.S.C. Section 327 and 11 U.S.C. Section 330 and grant such other relief as the Court deems just and appropriate under the circumstances.

                    OFFICE OF DAVID WM. RUSKIN,
                    STANDING CHAPTER 13 TRUSTEE

Dated: May 17, 2019     By: /s/ Lisa K. Mullen
                                LISA K. MULLEN (P55478)
                                THOMAS D. DECARLO (P65330)
                                Attorneys for Chapter 13 Trustee, David Wm. Ruskin
                                1100 Travelers Tower
                                26555 Evergreen Road
                                Southfield, MI 48076-4251
                                Telephone (248) 352-7755

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN RE:

Lynn Ann Farrar,

                          DEBTOR.
_____/

CHAPTER 13
CASE NO. 14-53392-MBM
JUDGE MARCI B. MCIVOR

### CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTION TO APPLICATION FOR APPROVAL OF ATTORNEY FEES AND COST AS A CHAPTER 13 ADMINISTRATIVE EXPENSE PURSUANT TO L.B.R.2016-1 (E.D.M.)

      I hereby certify that on May 17, 2019, I electronically filed the TRUSTEE'S OBJECTION TO APPLICATION FOR APPROVAL OF ATTORNEY FEES AND COST AS A CHAPTER 13 ADMINISTRATIVE EXPENSE PURSUANT TO L.B.R.2016-1 (E.D.M.) with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

      The following parties were served electronically:

          BABUT LAW OFFICES PLLC
          700 TOWNER STREET
          YPSILANTI, MI 48198-0000


"There are not three additional days to act under Fed. R. Bankr. P. 9006(f)."


                      _/s/ Jayme L. DePriest_____
                      Jayme L. DePriest
                      For the Office of David Wm. Ruskin,
                      Chapter 13 Standing Trustee - Detroit
                      1100 Travelers Tower
                      26555 Evergreen Road
                      Southfield, MI 48076-4251
                      (248) 352-7755